USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**HERNANDEZ,** *on behalf of herself and all others similarly situated*,

                **Plaintiff,**

      **-against-**

**GLAMORISE FOUNDATIONS, INC.,**

                **Defendant.**

**23-cv-02510 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On March 24, 2023, Plaintiff filed a Complaint commencing this action against Defendant Glamorise Foundations, Inc. ECF No. 1. Plaintiff advised the Court that she served Defendant on April 11, 2023. *See* ECF No. 5. To date, Defendant has yet to appear or respond to Plaintiff's complaint. Additionally, Plaintiff has failed to move for default judgment.

    Plaintiff is hereby **ORDERED** to submit a status report on the current status of this action by no later than **May 19, 2023.**

**SO ORDERED.**

Dated:   May 16, 2023
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**