```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/7/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HERNANDEZ,**

        **Plaintiff,**

-against-

**GLAMORISE FOUNDATIONS, INC.**

        **Defendant.**

**23-cv-02510 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:   June 7, 2023
            New York, New York

_/s/ Andrew L. Carter_
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**